FILED
United States Court of Appeals
Tenth Circuit

October 20, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

JASON WRIGHT,

    Plaintiff - Appellant,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant - Appellee.

No. 21-1360
(D.C. No. 1:21-CV-02319-DDD-NYW)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Judge, and **McHUGH**, Circuit Judge.

---

    This matter is before the court on Jason Wright's "Emergency Motion for Preliminary Injunctive Relief on Appeal of 10/15/21 U.S. District Court Denial of Emergency Motion for Preliminary Injunction" (Emergency Motion), in which he seeks an injunction pending his appeal of the district court's order that denied his motion for a preliminary injunction. Mr. Wright sought a preliminary injunction requiring the National Board of Medical Examiners to grant him several accommodations during an examination to take place on October 22 and 26, 2021, based on an alleged disability under the Americans with Disabilities Act.

    In considering a motion for an injunction pending appeal, we evaluate the following factors: (a) the likelihood of success on appeal; (b) the threat of irreparable

harm if the injunction is not granted; (c) the absence of harm to opposing parties if the injunction is granted; and (d) any risk of harm to the public interest. *See* 10th Cir. R. 8.1. "[I]njunctive relief [is] an extraordinary remedy that may only be awarded upon a clear showing that the [moving party] is entitled to such relief." *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008).

Upon consideration of the relevant factors, we conclude that Mr. Wright has failed to show his entitlement to an injunction pending appeal. We therefore deny the Emergency Motion.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk