UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 05, 2021

Mr. Eric Maxfield
Eric Maxfield Law
3223 Arapahoe Avenue, Suite 300
Boulder, CO 80303

**RE:    21-1360, Wright v. National Board of Medical**
Dist/Ag docket: 1:21-CV-02319-DDD-NYW

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Appellant's docketing statement has not been timely filed. *See* 10th Cir. R. 3.4.

Please correct the stated deficiencies within three days of the date of this notice. Please note that if the documents are not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Lindsey Erin Dunn

CMW/na