CASE No. 21-1360

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

JASON WRIGHT,

   Plaintiff-Appellant,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

   Defendant-Appellee.

On Appeal from the United States District Court
For the District of Colorado
The Honorable Judge Daniel Domenico
Civil Action No. 1:21-cv-02319

**MOTION TO DISMISS APPEAL**

Eric Maxfield Law, LLC, by undersigned counsel Eric H. Maxfield, on behalf of Jason Wright, plaintiff-appellant, for his Motion to Dismiss, without prejudice, pursuant to F. R. A. P. 42, states as follows:

The United States District Court for the District of Colorado has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 for Mr. Wright's Americans with Disabilities Act claim under 42 U.S.C. § 12101, *et. seq*. as amended. Mr. Wright filed an emergency motion for preliminary injunction with the District Court under

1

F.R.C.P. 65 seeking that the court order the provision of testing accommodations on October 22 and 26, 2021, and thereafter, from defendant-appellee National Board of Medical Examiners (NBME) in its administration of the United States Medical Licensing Examination (USMLE) Step 3 test, a prerequisite for medical licensure.

The U.S. District Court Honorable Judge Daniel Domenico issued an Order denying the motion on October 15, 2021. A notice of appeal was timely filed on October 18, 2021 in accordance with Rule 4(b)(1) F.R.A.P. Mr. Wright filed an emergency motion for preliminary injunction with the Tenth Circuit Court of Appeals on October 19, 2021. This appellate court's jurisdiction derives from 28 U.S.C. § 1292(a)(1). The Tenth Circuit Court of Appeals denied Mr. Wright's emergency motion on October 20, 2021.

Mr. Wright now voluntarily seeks dismissal, prior to docketing the appeal, pursuant to F.R.A. P. 42. There are no costs owing, and therefore no provision need be made for payment of costs. Mr. Wright has conferred with counsel for Defendant-Appellee, and Defendant-Appellee does not object to the dismissal of the appeal.

WHEREFORE, Mr. Wright seeks that the Court dismiss the appeal, without prejudice.

Respectfully Submitted,

*s/ Eric Maxfield*          .
Eric Maxfield
Eric Maxfield Law, LLC
3223 Arapahoe Ave., Suite 300

Boulder, CO 80303
Phone: (303) 502-7849
eric@ericmaxfieldlaw.com

Date:  November 8, 2021

I hereby certify that the foregoing pleading has been digitally submitted to the Court of Appeals for the Tenth Circuit.

s/ Eric Maxfield

# CERTIFICATE OF SERVICE

I certify that a true copy of this MOTION TO DISMISS APPEAL was provided to counsel for Defendant National Board of Medical Examiners on this 8th day of November, 2021 by electronic service through the Court's e-filing system and by email to the following addresses:

Robert Burgoyne, Esq.
Lindsey Erin Dunn, Esq.
Perkins Coie, LLP

RBurgoyne@perkinscoie.com
LDunn@perkinscoie.com

                                      *s/ Eric Maxfield*