FILED  
United States Court of Appeals  
Tenth Circuit

November 8, 2021

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

JASON WRIGHT,

    Plaintiff - Appellant,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant - Appellee.

No. 21-1360  
(D.C. No. 1:21-CV-02319-DDD-NYW)  
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on appellant Jason Wright's *Motion to Dismiss Appeal*, in which he: (1) moves for the dismissal of this appeal; and (2) asks that the dismissal be "without prejudice"

The rules of this court do not provide for dismissal of an appellate proceeding without prejudice, *see* Fed. R. App. P. 42(b): dismissal without prejudice applies only to district court proceedings. Accordingly, the court takes Mr. Wright's motion under advisement, as provided in this order.

If Mr. Wright wishes to continue with this appeal, then—on or before November 15, 2021—he must: (1) file an entry of appearance or cause an attorney to enter an appearance on his behalf; (2) file a docketing statement; (3) file either a transcript order form or a notice that no transcript is necessary for this appeal; and (4) file a new motion seeking to withdraw his motion to voluntarily dismiss the appeal.

If, in the alternative, Mr. Wright still wishes to dismiss his appeal and agrees that the dismissal of <u>this</u> appeal will be "with prejudice," then he need not file anything further with this court: the court will dismiss the appeal consistent with the appellate rules if it receives nothing further from Mr. Wright by November 15, 2021. Voluntary dismissal of <u>this</u> appeal with prejudice will not preclude a timely appeal from a final judgment or otherwise appealable order at a later date.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lisa A. Lee
            Counsel to the Clerk